# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

V.                                                NO. 4:05CR000308-001 SWW

JOSHUA DAVID GARRETT

### ORDER

On August 1, 2006, the above defendant appeared before this Court for sentencing on Count 3 of an Indictment filed in this cause. At such hearing, the Court was advised that defendant currently is in the custody of the state and awaiting sentencing on its charges.

IT IS THEREFORE ORDERED that the United States Marshal shall file a detainer with the appropriate custodial authority which, along with this Order, shall constitute a hold on the above defendant.

IT IS FURTHER ORDERED that, upon notification by the custodial authority that defendant has been sentenced on its criminal charges, the United States Marshal shall assume custody of the above-named defendant so that he may immediately begin service of the sentence imposed in the United States District Court for the Eastern District of Arkansas.

DATED this 2nd day of August, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE