# *IN THE UNITED STATES DISTRICT COURT*
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

V.                                           NO. 4:05CR00308-001  SWW

JOSHUA DAVID GARRETT

### ORDER

Before the Court is the government's petition requesting that a summons be issued and a revocation hearing be held [doc #32] as to the above-named defendant.

A hearing is scheduled on **FRIDAY, DECEMBER 9, 2011 at 1:00 p.m.**, Courtroom #A522, Richard Sheppard Arnold United States Courthouse, 600 West Capitol Avenue, Little Rock, Arkansas, to show cause why the supervised release previously granted this defendant should not be revoked.

IT IS SO ORDERED that the Clerk of Court is directed to issue a summons for **JOSHUA DAVID GARRETT**, and the United States Marshal is directed to serve the summons in this matter upon defendant.

Ms. Latrece Gray, Assistant Federal Public Defender, is provisionally appointed to represent defendant in the revocation matter *replacing David Cannon*. The United States Probation Office is directed to obtain a completed financial affidavit from defendant and provide a copy to the Court to determine if defendant is financially unable to employ counsel.

DATED this 1ST day of September 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE