**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                              NO. 4:05CR00308-001 SWW

JOSHUA DAVID GARRETT

### ORDER

The above entitled cause came on for hearing May 15, 2012 on government's motion to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant and statements of counsel, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, ***revoked*** granting government's motions [docs #32, #35, #38]; and that defendant shall serve a term of imprisonment of ***TWENTY-FOUR (24) MONTHS*** in the custody of the Bureau of Prisons. The Court recommends that defendant be incarceration at FCI Forrest City, Arkansas and that defendant participate in mental health counseling and residential substance abuse treatment, or if that's not available, non-residential substance abuse treatment during incarceration.

There will be ***NO*** supervised release to follow.

IT IS FURTHER ORDERED that defendant remain in the custody of the U. S. Marshal for transport to the designated facility to begin the service of the sentence imposed.

IT IS SO ORDERED this 16th day of May 2012.

/s/Susan Webber Wright

United States District Judge